MARCH 21, 2011

No. 09–11056.  BAKER *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Motion of petitioner for

leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wall* v. *Kholi, ante,* p. 545.